W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: wwa@h2law.com
Email: jwf@h2law.com

*Attorneys for Plaintiff MJL 12, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MJL 12, LLC, a Nevada limited liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>MJJ PRODUCTIONS, LLC, a California limited liability company; MJ PUBLISHING TRUST d/b/a MIJAC MUSIC; TRIUMPH INTERNATIONAL, INC., a California corporation; and TRIUMPH INTERNATIONAL, LLC, a California limited liability company,<br><br>Defendants. | Case No. 2:24-cv-00122-GMN-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS**<br><br>(First Request) |

Pursuant to Federal Rule of Civil Procedure 6 and Local Rule IA 6-1, the parties, by and through their undersigned counsel of record, hereby agree and stipulate to extend the time for Plaintiff MJL 12, LLC ("Plaintiff" or "MJ Live") to file and serve its response to Defendant Triumph International, LLC's ("Triumph's") Motion to Dismiss Sixth and Seventh Claims of the First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), and Second Claim of the First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (ECF No. 29) (the "Second Motion to Dismiss"), filed on June 14, 2024. This stipulation is made with reference to the following facts:

      1.      Plaintiff filed its Complaint for Declaratory and Other Relief on January 17, 2024.

(ECF No. 1.) On February 26, 2024, Plaintiff sent Defendants a request to waive formal service of the Summons and Complaint. (ECF No. 7.) Defendants executed the waiver on March 11, 2024. (*Ibid.*) As a result, Defendants' answer or other response to the Complaint was due on April 26, 2024. (*Ibid.*) On March 20, 2024, Plaintiff voluntarily dismissed all Defendants, other than Triumph, without prejudice. (ECF No. 6.)

2. On April 26, 2024, Triumph filed Defendant Triumph International, LLC's Special Motion to Dismiss Plaintiff's Seventh Claim Pursuant to Nevada Anti-SLAPP Statute; and Motion to Dismiss Sixth and Seventh Claims Pursuant to Fed. R. Civ. P. 12(b)(6) and Second Claim Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (ECF No. 13) (the "Original Motion to Dismiss"). The Original Motion to Dismiss sought to dismiss Plaintiff's seventh claim for relief pursuant to Nevada's Anti-SLAPP statute and Plaintiff's sixth and seventh claims pursuant to Rule 12(b)(1) and/or 12(b)(6) of the Federal Rules of Civil Procedure.

3. On May 17, 2024, Plaintiff dismissed its seventh claim for relief without prejudice, filed a First Amended Complaint, and filed a response to the Original Motion to Dismiss. (ECF Nos. 24, 25, 26.)

4. On May 24, 2024, the parties submitted their Stipulation and Proposed Order Withdrawing Anti-SLAPP Motion and Motion to Dismiss [ECF 13] as Moot; and Extending Time to Respond to Plaintiff's First Amended Complaint. (ECF No. 27.) The stipulation gave Triumph a 14-day extension of time to file and serve its response to Plaintiff's First Amended Complaint, from May 31, 2024, to June 14, 2024. (*Id.* ¶ 5.) It also provides as follows: "[I]f Plaintiff needs additional time to respond to Triumph's response to the First Amended Complaint, Triumph will accommodate Plaintiff's reasonable request." (*Id.*) The Court granted the parties' stipulation. (ECF No. 28.)

5. To accommodate Plaintiff's counsels' schedule, the parties have agreed to extend the date for Plaintiff to file and serve its response to the Second Motion to Dismiss from June 28, 2024, to July 12, 2024.

6. In addition to accommodate Triumph's counsels' schedule, the parties have agreed to extend the date for Triumph to file and serve its reply brief from July 19, 2024, to July 26,

2024.

7.  This is the first request for an extension of time for Plaintiff to respond to the Second Motion to Dismiss and for Triumph to file its reply brief.

**IT IS SO STIPULATED.**

| HOWARD & HOWARD ATTORNEYS PLLC | PISANELLI BICE PLLC |
|---|---|
| By: /s/ Jonathan W. Fountain<br>W. West Allen, Esq.<br>Nevada Bar No. 5566<br>Jonathan W. Fountain, Esq.<br>Nevada Bar No. 10351<br>3800 Howard Hughes Parkway, Ste. 1000<br>Las Vegas, Nevada 89169<br>Telephone: (702) 257-1483<br><br>*Attorneys for Plaintiff*<br>*MJL 12, LLC* | By: /s/ Todd L. Bice<br>Todd L. Bice, Esq.<br>Nevada Bar No. 4534<br>Daniel R Brady, Esq.<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101<br>Telephone: (702) 214-2100<br><br>KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP<br>Jonathan Steinsapir, Esq. (Pro Hac Vice)<br>Gregory P. Korn, Esq. (Pro Hac Vice)<br>11766 Wilshire Boulevard, Suite 750<br>Los Angeles, California 90025<br>Telephone: (310) 566-9800<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Alex Spiro, Esq. (Pro Hac Vice)<br>Todd Anten, Esq. (Pro Hac Vice)<br>51 Madison Ave., 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br><br>*Attorneys for Defendant*<br>*Triumph International, LLC* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 26, 2024