W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: wwa@h2law.com
Email: jwf@h2law.com

*Attorneys for Plaintiff MJL 12, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MJL 12, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TRIUMPH INTERNATIONAL LLC, a California limited liability company,<br><br>Defendant. | Case No. 2:24-cv-00122-GMN-EJY<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER STAYING DISCOVERY** |

Plaintiff MJL 12, LLC ("Plaintiff" or "MJ Live") and Defendant TRIUMPH INTERNATIONAL, LLC ("Defendant" or the "Estate"), by and through their respective counsel of record, hereby agree and stipulate as follows:

Plaintiff filed its Complaint on January 17, 2024. (ECF No. 1.) On April 26, 2024, Defendant appeared and filed its motion seeking partial dismissal of the Complaint. (ECF No. 13.) On May 17, 2024, Plaintiff filed its First Amended Complaint. (ECF No. 25.) On May 24, 2024, the parties stipulated to withdraw the motion to dismiss as moot and extend the time for Plaintiff to file its response to the First Amended Complaint. (ECF No. 27.) On June 14, 2024, Defendant filed its motion seeking partial dismissal of the First Amended Complaint. (ECF No. 29.) Plaintiff filed its response on July 19, 2024. (ECF No. 34.) Defendant filed its reply brief on August 9, 2024. (ECF No. 36.) The motion remains pending before the Court. On August 2, 2024, the Court entered a minute order requiring the parties to file their joint discovery plan and proposed scheduling order *or a stipulation to stay discovery* within 14 days. (ECF No. 35.)

Considering the pendency of Defendant's motion to dismiss, and to accommodate the

parties' desire to continue settlement negotiations without the burden and expense of discovery, which the parties submit constitutes good cause for a stay of discovery, the parties hereby agree and stipulate to stay discovery until thirty (30) days after the Court rules on the pending motion to dismiss.  The parties agree to file a joint discovery plan and proposed scheduling order within thirty (30) days after the Court rules on the pending motion to dismiss.

**IT IS SO AGREED AND STIPULATED**:

HOWARD & HOWARD ATTORNEYS PLLC

By:   /s/ Jonathan W. Fountain
W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
3800 Howard Hughes Parkway, Ste. 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483

*Attorneys for Plaintiff*
*MJL 12, LLC*

PISANELLI BICE PLLC

By: /s/ Todd L. Bice
Todd L. Bice, Esq.
Nevada Bar No. 4534
Daniel R Brady, Esq.
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
Jonathan Steinsapir, Esq. (Pro Hac Vice)
Gregory P. Korn, Esq. (Pro Hac Vice)
11766 Wilshire Boulevard, Suite 750
Los Angeles, California 90025
Telephone: (310) 566-9800

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro, Esq. (Pro Hac Vice)
Todd Anten, Esq. (Pro Hac Vice)
51 Madison Ave., 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

*Attorneys for Defendant*
*Triumph International, LLC*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: August 15, 2024