Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Daniel R. Brady, Esq., Bar No. 15508
DRB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101

Jonathan Steinsapir (Pro Hac Vice)
jsteinsapir@khiks.com
Gregory P. Korn (Pro Hac Vice)
gkorn@khiks.com
KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 Wilshire Boulevard, Suite 750
Los Angeles, California 90025
Telephone: (310) 566-9800

Alex Spiro (Pro Hac Vice)
alexspiro@quinnemanuel.com
Todd Anten (Pro Hac Vice)
toddanten@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

*Attorneys for Defendant Triumph International, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MJL 12, LLC, a Nevada limited liability Company,<br><br>           Plaintiff,<br><br>vs.<br><br>MJJ PRODUCTIONS, LLC, a California limited liability company; MJ PUBLISHING TRUST d/b/a MIJAC MUSIC; TRIUMPH INTERNATIONAL, INC., a California corporation; and TRIUMPH INTERNATIONAL, LLC, a California limited liability company,<br><br>           Defendants. | CASE NO. 2:24-cv-00122-GMN-EJY<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXTENDING TIME TO**<br>**RESPOND TO PLAINTIFF'S SECOND**<br>**AMENDED COMPLAINT**<br><br>(FIRST REQUEST) |

Pursuant to Federal Rule of Civil Procedure 6 and Local Rule IA 6-1, the parties, by and through their undersigned counsel of record, hereby agree and stipulate that Defendant Triumph International, LLC ("Triumph") shall have an additional 30 days to respond to

1

1  Plaintiff MJL 12, LLC's Second Amended Complaint for Declaratory and Other Relief from
2  February 7, 2025, until March 10, 2025. This stipulation is made with reference to the following facts:
3      1.    Plaintiff filed its Complaint for Declaratory and Other Relief on January 17, 2024.
4  (ECF No. 1.) On February 26, 2024, Plaintiff sent Defendants a request to waive formal service of
5  the Summons and Complaint. (ECF No. 7.) Defendants executed the waiver on March 11, 2024.
6  (*Ibid.*) As a result, Defendants' answer or other response to the Complaint was due on April 26, 2024.
7  (*Ibid*.) On March 20, 2024, Plaintiff voluntarily dismissed all Defendants other than Triumph without
8  prejudice. (ECF No. 6.)
9      2.    On April 26, 2024, Triumph filed its Original Motion to Dismiss (ECF No. 13) seeking
10 to dismiss Plaintiff's seventh claim for relief pursuant to Nevada's Anti-SLAPP statute and seeking
11 to dismiss Plaintiff's sixth and seventh claims pursuant to either or both Rule 12(b)(1) and 12(b)(6)
12 of the Federal Rules of Civil Procedure.
13     3.    On May 17, 2024, Plaintiff dismissed its seventh claim for relief without prejudice,
14 filed a First Amended Complaint, and filed a response to the Original Motion to Dismiss.
15 (ECF Nos. 24, 25, 26.)
16     4.    In light of Plaintiff's filing of a First Amended Complaint and its dismissal without
17 prejudice of its seventh claim for relief, the parties agreed that Triumph's Original Motion to Dismiss
18 (ECF No. 13) is now moot and therefore need not be decided. The Court granted the parties'
19 stipulation to withdraw Triumph's Original Motion to Dismiss and extended Triumph's time to file
20 and serve its response to the First Amended Complaint. (ECF No. 28). Triumph filed its Second
21 Motion to Dismiss the First Amended Complaint on June 14, 2024. (ECF No. 29).
22     5.    On January 3, 2025, the Court entered an order granting in part and denying in part
23 Triumph's Second Motion to Dismiss. (ECF No. 39). The Court gave Plaintiff 21 days from the date
24 of the order to file an amended complaint.
25     6.    On January 24, 2025, Plaintiff filed its Second Amended Complaint for Declaratory
26 and Other Relief. (ECF No. 41).
27     7.    To accommodate Triumph's counsel's schedule, Plaintiff has agreed to Triumph's
28 request for a 30-day extension of Triumph's deadline to respond to the Second Amended Complaint

from February 7, 2025, until March 10, 2025. In addition, Triumph agrees that if Plaintiff needs additional time to respond to Triumph's response to the Second Amended Complaint, Triumph will accommodate Plaintiff's reasonable request, and at this time the parties agree MJL 12's response deadline to Triumph's filing will be extended until April 21, 2025.

8. This is the first request for an extension of time to respond to the First Amended Complaint.

**IT IS SO STIPULATED.**

| HOWARD & HOWARD ATTORNEYS PLLC | PISANELLI BICE PLLC |
|---|---|
| By: */s/ W. West Allen* <br> W. West Allen, Esq., #5566 <br> Jonathan W. Fountain, Esq., #10351 <br> 3800 Howard Hughes Parkway, Ste. 1000 <br> Las Vegas, Nevada 89169 <br><br> *Attorneys for Plaintiff MJL 12, LLC* | By: */s/ Daniel R. Brady* <br> Todd L. Bice, Esq., #4534 <br> Daniel R. Brady, Esq., 15508 <br> 400 South 7th Street, Suite 300 <br> Las Vegas, Nevada 89101 <br><br> KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP <br> Jonathan Steinsapir, Esq. (Pro Hac Vice) <br> Gregory P. Korn, Esq. (Pro Hac Vice) <br> 11766 Wilshire Boulevard, Suite 750 <br> Los Angeles, California 90025 <br><br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> Alex Spiro, Esq. (Pro Hac Vice) <br> Todd Anten, Esq. (Pro Hac Vice) <br> 51 Madison Ave., 22nd Floor <br> New York, New York 10010 <br><br> *Attorneys for Defendant Triumph International, LLC* |

**IT IS SO ORDERED:**

/s/ Elayna J. Youchah
UNITED STATES MAGISTRATE JUDGE

DATED: February 6, 2025

CASE NO. 2:24-cv-00122-GMN-EJY