W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Joanna M. Myers, Esq.
Nevada Bar No. 12048
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: wwa@h2law.com
Email: jwf@h2law.com
Email: jmm@h2law.com

*Attorneys for Plaintiff MJL 12, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MJL 12, LLC, a Nevada limited liability company,<br><br>          Plaintiff,<br>     v.<br><br>TRIUMPH INTERNATIONAL, LLC, a California limited liability company,<br><br>          Defendant. | Case No. 2:24-cv-00122-GMN-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Counterdefendant MJL 12, LLC ("Plaintiff," "MJL" or "Counterdefendant") and Defendant and Counterclaimant Triumph International, LLC ("Triumph") along with Counterclaimant New Horizon Trust III, LLC d/b/a MIJAC Music ("MIJAC Music") (together with Triumph, "the Jackson Estate"), by and through their respective counsel, hereby agree and stipulate to the dismissal of this action in its entirety, including, without limitation, all claims, counterclaims,

/ / /

/ / /

/ / /

- 1 -

4910-9885-7876, v. 1

cross-claims, and third party claims that were alleged or that could have been alleged, without prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO AGREED AND STIPULATED:**

HOWARD & HOWARD
ATTORNEYS PLLC

By:   /s/ Jonathan W. Fountain
W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Joanna M. Myers, Esq.
Nevada Bar No. 12048
3800 Howard Hughes, Suite 1000
Las Vegas, Nevada 89169
Telephone: 702-257-1483
Email:  wwa@h2law.com
Email: jwf@h2law.com
Email: jmm@h2law.com

*Attorneys for Plaintiff and Counterdefendant MJL 12, LLC*

KINSELLA HOLLEY ISER KUMP &
STEINSAPIR LLP

By:   /s/ Jonathan Steinsapir
Jonathan Steinsapir, Esq. (*pro hac vice*)
Gregory P. Korn, Esq. (*pro hac vice*)
11766 Wilshire Boulevard, Suite 750
Los Angeles, California 90025
Telephone: 310-566-9800
Email: jsteinsapir@khiks.com
Email: gkorn@khiks.com

QUINN EMANUAL URQUHART &
SULLIVAN, LLP
Alex Spiro, Esq. (*pro hac vice*)
Todd Anten, Esq. (*pro hac vice*)
295 Fifth Avenue New York, New York 10016
Telephone: 212-849-7000
Email: alexspiro@quinnemanuel.com
Email: toddanten@quinnemanual.com

PISANELLI BICE PLLC
Todd L. Bice, Esq.
Nevada Bar No. 4534
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702-214-2100
Email: tlb@pisanellibice.com

*Attorneys for Defendant and Counterclaimant Triumph International, LLC and for Counterclaimant New Horizon Trust III, LLC d/b/a/ (MIJAC Music)*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

- 2 -

HOWARD & HOWARD ATTORNEYS PLLC